JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
DAVID PRIDDY (ILSBN 6313767)
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (510) 970-4801
David.Priddy@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| CHIKKI CHOI,<br><br>   Plaintiff,<br><br>  vs.<br><br>MARTIN O'MALLEY, Commissioner of Social Security,[1]<br><br>   Defendant. | Civil No. 2:23-cv-01927-MDC<br><br>DEFENDANT'S FIRST AND UNOPPOSED MOTION FOR A THREE-WEEK EXTENSION OF TIME TO FILE A CROSS-MOTION TO AFFIRM AND RESPONSE TO PLAINTIFF'S MOTION FOR REVERSAL AND/OR REMAND |

---

[1] Martin O'Malley became the Commissioner of Social Security on December 20, 2023. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Martin O'Malley should be substituted for Kilolo Kijakazi as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Defendant, Martin O'Malley, Commissioner of Social Security (Defendant), respectfully requests that the Court grant this unopposed motion to extend the time for Defendant to respond to Plaintiff's Motion to Remand (Dkt. No. 12, filed on February 20, 2024), currently due on March 21, 2024, by twenty-one days, through and including April 11, 2024. Defendant further requests that all subsequent deadlines be extended accordingly. This is Defendant's first request for an extension of time to file a response.

Good cause exists for this extension. Defendant respectfully requests this additional time because Defendant's counsel is experiencing an extremely heavy workload, despite due diligence. In addition to this case, the undersigned is preparing the Commissioner's response briefs for multiple district court cases with concurrent deadlines. Plus, the undersigned is assigned to train and review the briefing prepared by an attorney recently hired by this counsel's office. This case is being used as a case for such training. An additional twenty-one days would provide the undersigned with the time to thoroughly review the new attorney's draft brief before filing. For this reason, Defendant's counsel requires additional time to properly address the issues raised in Plaintiff's Motion to Remand. This request is made in good faith and with no intention to unduly delay the proceedings.

Counsel for Defendant advised counsel for Plaintiff of the need for this extension on March 14, 2024. Counsel for Plaintiff confirmed that Plaintiff does not object to this request.

//

//

//

//

//

It is therefore requested that Defendant be granted an extension of time to respond to Plaintiff's Motion to Remand, through and including April 11, 2024.

DATED: March 15, 2024

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7

By: s/ David Priddy
DAVID PRIDDY
Special Assistant United States Attorney
Office of Program Litigation, Office 7

Attorneys for Defendant


IT IS SO ORDERED:

_____
Maximiliano D. Couvillier III
UNITED STATES MAGISTRATE JUDGE
DATED: March 20, 2024